UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN KENJI LE BROCQ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:18-CV-1423-S (BT) |
| § | |
| CITY OF CARROLLTON, TEXAS, et al., § | |
| § | |
| Defendants. § | |

## ORDER

This case was referred to the United States magistrate judge for pretrial management on July 9, 2018. *See* Electronic Order [ECF No. 18]. Before the Court is Plaintiff's Contested Emergency Motion for Preliminary Injunction [ECF No. 16], filed on July 6, 2018. The Court ORDERS Defendants to file a written response to the Motion by **July 20, 2018**. Plaintiff may file a reply by **July 27, 2018**. The Court sets the Motion for a hearing on **August 2, 2018, at 11:00 a.m.**, in Judge Rutherford's courtroom on the 14th Floor of the federal courthouse, Earle Cabell Building, 1100 Commerce Street, Dallas, Texas. Lead counsel for the parties are required to attend the hearing *in person*.

**SO ORDERED**.

July 10, 2018.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE